# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| JODY LATWESEN AND JEFFREY LATWESEN,<br><br>　　　　Plaintiffs,<br>vs.<br><br>WALMART SUPERCENTER #4256,<br><br>　　　　Defendant. | Case No. 4:22-cv-00062<br>**Iowa District Ct. Case No. LACV052607**<br><br>**NOTICE OF REMOVAL** |

**COMES NOW** Defendant Walmart Inc., incorrectly identified as Walmart Supercenter #4256 ("Defendant") through its attorneys, MWH Law Group LLP, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, and hereby remove the above-captioned cause of action from the Iowa District Court for Story County to the United States District Court, Southern District of Iowa, Central Division. In support thereof, Defendant states the following:

1.　　This action was originally filed by Plaintiffs against Defendant on or about February 1, 2022 in the Iowa District Court in and for Story County, entitled *Jody Latwesen and Jeffrey Latwesen v. Walmart Supercenter #4256*, Case No. LACV052607. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81, a copy of the Petition at Law and First Amended Petition is attached as **Exhibit 1 and Exhibit 2**.

2.　　Personal service was made upon the Defendant's Registered agent on February 3, 2022.

3.　　This case may be removed from the Iowa District Court in and for Story County to the United States District Court for the Southern District of Iowa, Central Division, pursuant to 28

U.S.C. § 1332. The United States District Court has original jurisdiction over the litigation filed in state court based on diversity of the parties.

4. This is a civil action in which Plaintiffs Jody Latwesen and Jeffrey Latwesen claim that they are entitled to damages for personal injury resulting from an incident that occurred at the Walmart Supercenter located at 534 S. Duff Avenue, Ames, Iowa on February 8, 2020. Plaintiffs are seeking past and future full mind and body, past and future physical and mental pain and suffering, past and future medical expenses, past and future loss of wages and earning capacity, loss of spousal consortium and other related damages. (*See* **Exhibit 1**, ¶ 11 and 14.) The amount in controversy exceeds the sum or value of $75,000.00, exclusive of interests and costs.

5. Defendant Walmart Inc., incorrectly identified as Walmart Supercenter #4256, is the sole Defendant in this action. Walmart Inc. is incorporated in Delaware and has its principal place of business in Bentonville, Arkansas, and is deemed to be a citizen of both Delaware and Arkansas pursuant to 28 U.S.C. 1332(c)(1).

6. Plaintiffs are residents of Story County, Iowa.

7. The time for filing this notice of removal has not run because thirty (30) days has not expired since February 3, 2022, the date on which the Defendant was personally served with the Original Notice and Petition at law.

8. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81, a copy of the Original Notice and Petition and Jury Demand and First Amended Petition filed by the Plaintiffs is attached and incorporated herein by reference as **Exhibit 1 and Exhibit 2**.

9. Pursuant to Local Rule 81(a), Defendant states that this is the only matter currently pending in the state court that will require resolution. Defendant has not been served with and is not aware of any other process, pleadings, and/or orders in the action pending in the Iowa District

Court for Story County.

      10.     Counsel that has appeared on behalf of Plaintiffs in state court is:

> Erin M. Tucker, AT0012585
> TUCKER LAW FIRM,
> 2400 86th Street, Suite 35
> Des Moines, IA 50322
> Telephone: (515) 276-8282
> Facsimile: (515) 267-4001
> E-mail: erintucker@tuckerlaw.net

      11.     This Notice of Removal is being served upon the Plaintiffs' counsel by electronic mail and is also being filed with the Clerk of the Iowa District Court in and for Story County.

**WHEREFORE**, Defendant gives notice that the above-captioned action now pending against it in the Iowa District Court in and for Story County is removed therefrom to the United States District Court for the Southern District of Iowa, Central Division.

Respectfully submitted,

*/s/ Kerrie M. Murphy*
Kerrie M. Murphy, AT0005576
Julie T. Bittner, AT0009719
Nicole A. Rollins, AT0014449
MWH LAW GROUP LLP
1501 42nd Street, Suite 465
West Des Moines, IA 50266-1090
Telephone: (515) 453-8509
Facsimile: (515) 267-1408
E-mail: kerrie.murphy@mwhlawgroup.com
E-mail: julie.bittner@mwhlawgroup.com
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

*/s/ Cyndi R. Ellis*

I further certify that on February 23, 2022, I emailed a copy of the foregoing to opposing counsel at the address listed below:

Erin M. Tucker, AT0012585
TUCKER LAW FIRM,
2400 86th Street, Suite 35
Des Moines, IA 50322
Telephone: (515) 276-8282
Facsimile: (515) 267-4001
E-mail: erintucker@tuckerlaw.net
*Attorney for Plaintiffs*

/s/ *Cyndi R. Ellis*

4