IN THE IOWA DISTRICT COURT FOR STORY COUNTY

| | |
|---|---|
| JODY LATWESEN, | ) |
| | ) |
| | ) LAW NO. |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| | ) PETITION AT LAW |
| WALMART SUPERCENTER #4256, | ) |
| | ) |
| | ) |
| Defendant. | ) |

COMES NOW, Plaintiff, Jody Latwesen, by her attorney, Erin M. Tucker and the Tucker Law Office, and for her Petition at Law states the following:

## JURISDICTION

1. Plaintiff, Jody Latwesen, is a resident of Grundy Center, Iowa.

2. Defendant, Walmart Supercenter #4256 is a business of Ames, Iowa.

3. The cause of action arose in Ames, Story County, Iowa.

4. The undersigned hereby certifies that this action meets the applicable jurisdictional requirements for amount in controversy.

## FACTS

5. On or about February 8, 2020, Jody Latwesen arrived at Walmart Supercenter #4256 in Ames, Iowa, to shop.

6. At the above time and place, Defendant, Walmart Supercenter #4256 was responsible for the condition of the business premises and the actions of its employees.

7. At the above time and place, Defendant, Walmart Supercenter #4256, failed to reasonably maintain its premises causing Plaintiff to slip and fall on slippery floors inside the store.

8. As a result of the above-described condition caused by the Defendant, Jody Latwesen suffered bodily injuries.

## DIVISION I

### Negligence – Walmart Supercenter #4256

COMES NOW Plaintiff, Jody Latwesen, and for her cause of action against Walmart Supercenter #4256, states:

9. Plaintiff repleads paragraphs 1 through 8 and incorporate same by reference.

10. Defendant, Walmart Supercenter #4256, was negligent in one or more of the following particulars:

    a) Failure to warn patrons of potential hazard;

    b) Failure to properly mark hazards with a sign; and

    c) Failure to reasonably maintain the premises;

11. The aforementioned negligence of Defendant, Walmart Supercenter #4256, was the direct and proximate cause of the following injuries and damages sustained by Jody Latwesen:

    a) Loss of full mind and body – past and future;

    b) Physical and mental pain and suffering – past and future;

    c) Medical expenses – past and future; and

d) Loss of wages and earning capacity – past and future.

WHEREFORE Plaintiff, Jody Latwesen, prays for judgment against Defendant, Walmart Supercenter #4256, for actual and compensatory damages in a fair and reasonable amount; for interest at the statutory rate; and for costs of the action.

## JURY DEMAND

COME NOW, Plaintiff, Jody Latwesen, and hereby demands a trial by jury.

*Erin M. Tucker*

Erin M. Tucker
TUCKER LAW OFFICE
2400 86th Street, Ste. 35
Des Moines, IA  50322-4306
Phone: (515) 276-8282
Fax: (515) 276-4001
erintucker@tuckerlaw.net

ATTORNEY FOR PLAINTIFF